```
                                                    ┌──────────────────────────────────────┐
                                                    │ USDC SDNY                            │
                                                    │ DOCUMENT                             │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED                 │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #: _____               │
-----------------------------------------------X    │ DATE FILED: 11/5/2021                │
                                                    └──────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YENSY CONTRERAS, *individually, and on behalf of* :
*all others similarly situated,*                              :
                                                              :
                                         Plaintiff,           :          1:21-cv-9092-GHW
                                                              :
                         -against -                           :                **ORDER**
                                                              :
MALWAREBYTES INC.,                                            :
                                                              :
                                         Defendant.           :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Plaintiff failed to provide Plaintiff's address and county of residence in the November 3,

2021 and November 4, 2021 civil cover sheets submitted in this case. Dkt. Nos. 2 and 5. No later

than November 10, 2021, Plaintiff is ordered to submit via ECF a letter to the Court providing

Plaintiff's address and county of residence.

SO ORDERED.

Dated: November 5, 2021
New York, New York

GREGORY H. WOODS
United States District Judge