USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2022

# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

MALWAREBYTES INC.,

    Defendant.

---------------------------------------- x

Case No.: 1:21-cv-09092-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yensy Contreras hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Malwarebytes Inc.

DATED:  May 27, 2022

**MIZRAHI KROUB LLP**

/s/ Jarrett S. Charo
JARRETT S. CHARO

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 27, 2022
New York, New York

GREGORY H. WOODS
United States District Judge